NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**SOUTHCO, INC.,**
*Appellant*

**v.**

**FIVETECH TECHNOLOGY INC.,**
*Appellee*

———————————

2014-1413

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,911.

———————————

**ON MOTION**

———————————

**O R D E R**

Southco, Inc. moves without opposition to withdraw its appeal pursuant to Fed. R. App. P. 42(b).

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

2                    SOUTHCO, INC. v. FIVETECH TECHNOLOGY INC.


                              FOR THE COURT

May 29, 2014                  /s/Daniel E. O'Toole
    Date                      Daniel E. O'Toole
                              Clerk of Court


ISSUED AS A MANDATE: May 29, 2014